UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOLEL UMANI,
a.k.a Anthony Bethea,

        Plaintiff,   Case No. 07-CV-10649
           Hon. Anna Diggs Taylor
v.   Magistrate Judge Charles E. Binder

PATRICIA CARUSO, Director,
HUGH WOLFENBERGER, Warden,
CHARLENE CARBERRY, Deputy Warden,
JOE SCOTT, ADW, KEITH GREEN, FSD,
CONNIE IGNASIAK, AFSD, and
ROBERT AL SHAREEF, FSS,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

      This matter is before the court on Magistrate Judge Charles E. Binder's Report and Recommendation of February 8, 2008, granting in-part and denying in-part Defendants' Motion for Summary Judgment.

      The court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiff's and Defendants' objections filed thereto. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      THEREFORE, the court will accept the Magistrate's Report and Recommendation of February 8, 2008, as the findings and conclusions of this court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Binder's Report and Recommendation of February 8, 2008, is ACCEPTED and ADOPTED.

      IT IS FURTHER ORDERED Defendants' Motion for Summary Judgment is GRANTED In-Part and DENIED In-Part, for the reasons stated in the Magistrate's Report and Recommendation.

      **IT IS SO ORDERED.**

DATED: May 27, 2008                        **s/ Anna Diggs Taylor**
                                                        ANNA DIGGS TAYLOR
                                                        UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 27, 2008.

Solel Umani, #191221
Riverside Correctional Facility
777 W. Riverside Drive
Ionia, MI 48846-9499

                                                  s/Johnetta M. Curry-Williams
                                                  Case Manager