# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SOLEL UMANI, #191221,
a.k.a Anthony Bethea,

        Plaintiff,        Case No. 07-CV-10649
                                  Hon. Anna Diggs Taylor
v.                                     Magistrate Judge Charles E. Binder

HUGH WOLFENBERGER, Warden,
JOE SCOTT, ADW, KEITH GREEN, FSD,
and CONNIE IGNASIAK,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

      This matter is before the court on Magistrate Judge Charles E. Binder's Report and Recommendation of June 16, 2009, denying Defendants' Motion for Summary Judgment.

      The court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiff's and Defendants' objections filed thereto. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      THEREFORE, the court will accept the Magistrate's Report and Recommendation of June 16, 2009, as the findings and conclusions of this court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Binder's Report and Recommendation of June 16, 2009, is ACCEPTED and ADOPTED.

      IT IS FURTHER ORDERED Defendants' Motion for Summary Judgment (Doc. 64) is **DENIED**, for the reasons stated in the Magistrate's Report and Recommendation (Doc. 71).

      **IT IS SO ORDERED.**


DATED: July 13, 2009                                  **s/Anna Diggs Taylor**
                                                                    ANNA DIGGS TAYLOR
                                                                    UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on July 13, 2009.

Solel Umani, #191221
Newberry Correctional Facility
3001 Newberry Avenue
Newberry MI 49868-1340                                      s/Johnetta M. Curry-Williams
                                                            Case Manager